# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. Ramone Carter                                                Docket No. 5:11-CR-70-1H

## Petition for Action on Supervised Release

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ramone Carter, who, upon an earlier plea of guilty to Possession With Intent to Distribute More Than Five (5) Grams of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1), was sentenced on June 6, 2005, in the Southern District of West Virginia by the Honorable Joseph R. Goodwin, U.S. District Judge, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in a program of testing, counseling, and treatment for drug and alcohol abuse as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

On March 14, 2008, pursuant to 18 U.S.C. § 3582(c)(2), the defendant's imprisonment sentence was reduced to 60 months. Ramone Carter was released from custody on August 3, 2008, at which time the term of supervised release commenced in the Eastern District of North Carolina. On March 18, 2011, jurisdiction was received from the Southern District of West Virginia, after the defendant was cited for Driving While License Revoked.

On March 1, 2012, the defendant's conditions were modified to include 30 days of home detention after testing positive for marijuana and engaging in criminal conduct by being charged with consuming alcohol on a non-licensed premises and resisting public officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 21, 2012, the defendant admitted smoking marijuana on December 12, 2012. He also advised that he will no longer have a stable residence as of December 31, 2012. Given his lack of transportation, the defendant has been unable to maintain/seek gainful employment, participate in vocational rehabilitation, or attend counseling as required. In an effort to provide a punitive sanction as well as assist the defendant in finding a stable residence, gainful employment, and continue counseling, it is respectfully requested that he be placed at a residential reentry center (Bannum Place of Fayetteville, if possible). Given his financial hardship, it is requested that the subsistence fee be waived at the reentry center for this defendant.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Ramone Carter
Docket No. 5:11-CR-70-1H
Petition For Action
Page 2

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

> The defendant shall undergo placement in a residential reentry center for a period not to exceed 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement. Given the defendant's financial hardship, the defendant will not be required to pay subsistence to the reentry center.
>
> Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Debbie W. Starling<br>Debbie W. Starling<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: January 9, 2013 |

### ORDER OF COURT

Considered and ordered this 9th day of January, 2013, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge